**Maud E. THOMAS, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 05–3357.

United States Court of Appeals, Federal Circuit.

July 25, 2006.

Before NEWMAN, MAYER, and LINN, Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**Paul G. CAVICCHIA, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 06–3053.

United States Court of Appeals, Federal Circuit.

July 25, 2006.

Before NEWMAN, Circuit Judge, CLEVENGER, Senior Circuit Judge, and SCHALL, Circuit Judge.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36